| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>I. MARK COHEN LAW GROUP<br>Jonathan Goldsmith Cohen, Esq.<br>1 Executive Drive Suite 6<br>Tinton Falls, NJ 07701<br>T: 732-741-9500<br>F: 732-741-0226<br>E: JGC@imclawgroup.com | |
| In Re:<br><br>CRAIG & CATHY SILVERMAN | Order Filed on March 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  18-32821<br>Chapter:  13<br>Judge:  CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 21, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan G. Cohen, Esq._____, the applicant, is allowed a fee of $ _____6,845.75_____ for services rendered and expenses in the amount of $_____117.50_____ for a total of $_____6,963.25_____ . The allowance is payable:

    ☒ $4,143.25 hrough the Chapter 13 plan as an administrative priority.
    ✗
    ☐ X $2,820.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,613.00_____ per month for _____57_____ months to allow for payment of the above fee.

*rev.8/1/15*