UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-32821 |
|---|---|---|
| CRAIG & CATHERINE SILVERMAN | Chapter: | 13 |
| | Judge: | CMG |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Catherine Silverman_____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___January 15, 2020___ at _9:00am_ a.m. at the United States Bankruptcy Court, courtroom no. __3__, ___402 East State Street Trenton, NJ 08608___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Personal injury lawsuit.

Pertinent terms of settlement:  $10,000.00 to Plaintiff, Catherine Silverman.

Objections must be served on, and requests for additional information directed to:

Name:  Jonathan G. Cohen, Esq.

Address:  1 Executive Drive Suite 6 Tinton Falls, NJ 07712

Telephone No.:  732-741-9500

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                           Case No. 18-32821-CMG
Craig A. Silverman                                                               Chapter 13
Catherine M. Silverman
         Debtors                           CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                   Page 1 of 2                   Date Rcvd: Dec 11, 2019
                                Form ID: pdf905               Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db/jdb         +Craig A. Silverman,    Catherine M. Silverman,    681 Toms River Rd.,    Jackson, NJ 08527-5233
sp             +Matthew A. Schiappa,    4 Paragon Way,    Suite 100,    Freehold, NJ 07728-7805
517877104     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517970038      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517877109      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517877108      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517962401       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517977541      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517877111      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517877112      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517877115      +Citibank North America,    Po Box 6497,    Sioux Falls, SD 57117-6497
517877114      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517877117      +Citibank/Sears,    Po Box 6283,    Sioux Falls, SD 57117-6283
517877116      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517877119      +Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
517877118      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517877124      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
517877125      +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
518270349      +Fifth Third Bank,    2251 Rombach Ave.,    Wilmington, Ohio 45177-1995
518270350      +Fifth Third Bank,    2251 Rombach Ave.,    Wilmington, Ohio 45177,    Fifth Third Bank,
                 2251 Rombach Ave.,    Wilmington, Ohio 45177-1995
517877138      +MB Financial,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517924156      +MB Financial Bank, National Association,    2251 Rombach Avenue,    Wilmington, Ohio 45177-1995
517877139       PNC Bank,    249 Fifth Ave.,    One PNC Plaza,    PIttsburg, PA  15222
517993486      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
517877128      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517877135      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
517993571      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
517877136      +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
517877140      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2019 23:28:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2019 23:28:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517877110      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 11 2019 23:36:41     Capital One/bass Pro,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
517877113      +Fax: 602-659-2196 Dec 11 2019 23:51:31     Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
517877120      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2019 23:28:28     Comenity Bank/Torrid,
                 Attn:  Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517877121      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2019 23:28:29     Comenity Bank/Torrid,
                 Po Box 182789,    Columbus, OH 43218-2789
517877123       E-mail/Text: mrdiscen@discover.com Dec 11 2019 23:27:42     Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
517887478       E-mail/Text: mrdiscen@discover.com Dec 11 2019 23:27:42     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517877122      +E-mail/Text: mrdiscen@discover.com Dec 11 2019 23:27:42     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517877126      +E-mail/Text: bncnotices@becket-lee.com Dec 11 2019 23:27:51     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517877127      +E-mail/Text: bncnotices@becket-lee.com Dec 11 2019 23:27:51     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517980680       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2019 23:36:55     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517992434       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2019 23:37:43
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517992457       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2019 23:37:42
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
517987898       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2019 23:48:49
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
517987894       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2019 23:36:43
                 Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,    Norfolk VA 23541
517987935       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2019 23:36:43
                 Portfolio Recovery Associates, LLC,    c/o Sams Club Mastercard,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Dec 11, 2019
                              Form ID: pdf905          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517992570          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2019 23:35:55
                    Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517974655          E-mail/Text: bnc-quantum@quantum3group.com Dec 11 2019 23:28:36
                    Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517877845         +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 23:37:47      Synchrony Bank,
                    c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517877129         +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 23:36:49      Synchrony Bank/Care Credit,
                    Attn: Bankruptcy Dept,   Po Box 965061,   Orlando, FL 32896-5061
517877130         +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 23:36:49      Synchrony Bank/Care Credit,
                    C/o Po Box 965036,   Orlando, FL 32896-0001
517877132         +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 23:37:44      Synchrony Bank/PC Richards & Sons,
                    Po Box 965036,   Orlando, FL 32896-5036
517877131         +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 23:36:01      Synchrony Bank/PC Richards & Sons,
                    Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517877133         +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 23:37:40      Synchrony Bank/Sams Club,
                    Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517877134         +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 23:36:44      Synchrony Bank/Sams Club,
                    Po Box 965005,   Orlando, FL 32896-5005
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517877105*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
                    El Paso, TX 79998)
517877106*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
517877107*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
517877141*        +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
517877137*        +Wells Fargo Dealer Services,   Po Box 1697,   Winterville, NC 28590-1697
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Craig A. Silverman
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Jonathan   Goldsmith Cohen    on behalf of Joint Debtor Catherine M. Silverman
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```