Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−32821−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig A. Silverman
681 Toms River Rd.
Jackson, NJ 08527

Catherine M. Silverman
681 Toms River Rd.
Jackson, NJ 08527

Social Security No.:
xxx−xx−5033

xxx−xx−0788

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 19, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 33
Order Granting Application to Employ Matthew A. Schiappa as Special Counsel (Related Doc # 33). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/19/2019. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 19, 2019
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32821-CMG
Craig A. Silverman                                                    Chapter 13
Catherine M. Silverman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1           Date Rcvd: Dec 19, 2019
                              Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
sp              +Matthew A. Schiappa,    4 Paragon Way,    Suite 100,    Freehold, NJ 07728-7805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Jonathan    Goldsmith Cohen    on behalf of Debtor Craig A. Silverman
           imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
          Jonathan    Goldsmith Cohen    on behalf of Joint Debtor Catherine M. Silverman
           imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6