UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226
E: JGC@imclawgroup.com

Order Filed on June 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CRAIG A. SILVERMAN and CATHERINE M. SILVERMAN,
                Debtors.

Case No.:  18-32821
Chapter:  13
Judge:  CMG

## ORDER AUTHORIZING RETENTION OF

### I. MARK COHEN, ESQUIRE

The relief set forth on the following page is **ORDERED**.

**DATED: June 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ____I. Mark Cohen, Esquire____ as ____Real Estate Attorney for Debtors____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1 Executive Drive, Suite 6
   Tinton Falls, NJ 07701

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-32821-CMG
Craig A. Silverman  Chapter 13
Catherine M. Silverman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jun 16, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig A. Silverman, Catherine M. Silverman, 681 Toms River Rd., Jackson, NJ 08527-5233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

**Name      Email Address**

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
     docs@russotrustee.com

Jonathan Goldsmith Cohen
     on behalf of Debtor Craig A. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
     on behalf of Joint Debtor Catherine M. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Kevin Gordon McDonald
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Moyer
     on behalf of Creditor Fifth Third Bank lmoyer@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 16, 2021 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7