Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−32821−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Craig A. Silverman | Catherine M. Silverman |
| 681 Toms River Rd. | 681 Toms River Rd. |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
   xxx−xx−5033                                            xxx−xx−0788

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 21, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 49 − 45
Order Granting Application to Employ Professional Danielle Coyle of Re/Max Select as Realtor (Related Doc # 45). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/21/2021. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 21, 2021
JAN: rms

                                                                                    Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Craig A. Silverman  
Catherine M. Silverman  
    Debtors

Case No. 18-32821-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 21, 2021      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Danielle Coyle, Re/Max Select, 4001 Asbury Avenue, Suite 1L, Tinton Falls, NJ 07753-7794 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Craig A. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Catherine M. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Fifth Third Bank lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 21, 2021 Form ID: orderntc Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7