UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on August 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:     _____

Hearing Date: _____

Chapter:      _____

Judge:        _____

**ORDER AUTHORIZING PURCHASE
OF REAL PROPERTY**

| Recommended Local Form: | ☐ Followed | ☐ Modified |

The relief set forth on the following page numbered two (2) is

**ORDERED**.
**DATED: August 10, 2021**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to purchase the real property commonly known as _____, (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to purchase the Real Property on the terms and conditions of the contract of sale.