UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on August 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## ORDER AUTHORIZING POST-PETITION FINANCING

| Recommended Local Form: | ☐ Followed | ☐ Modified |

The relief set forth on the following pages numbered two (2) is

**ORDERED**.
**DATED: August 10, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**IT IS** hereby **ORDERED** as follows:

The Debtor is authorized to execute a mortgage agreement and any other documents required in connection with the purchase of property located at 1418 Vista Oaks Cir NE, Palm Bay, Florida.