Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−32821−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig A. Silverman                                      Catherine M. Silverman
   4 Beth Page Drive                                       17 Parsons Rd
   Monroe, NJ 08831                                        East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5033                                             xxx−xx−0788

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       11/3/21
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Attorney,

COMMISSION OR FEES
Fees: $7,670.15

EXPENSES
$354.62

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 1, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 18-32821-CMG

Craig A. Silverman                                                                     Chapter 13

Catherine M. Silverman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Oct 01, 2021      Form ID: 137      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig A. Silverman, 4 Beth Page Drive, Monroe, NJ 08831-8835 |
| jdb | #+ | Catherine M. Silverman, 17 Parsons Rd, East Brunswick, NJ 08816-1708 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| r | + | Danielle Coyle, Re/Max Select, 4001 Asbury Avenue, Suite 1L, Tinton Falls, NJ 07753-7794 |
| op | + | Mark Cohen, 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| sp | + | Matthew A. Schiappa, 4 Paragon Way, Suite 100, Freehold, NJ 07728-7805 |
| r | + | Shelley Goldstein, Compass Florida, LLC, 8201 Peters Rd. #1000, Plantation, FL 33324-3266 |
| 517877104 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517970038 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517877109 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517877108 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517962401 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517977541 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517877124 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517877125 | + | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519313601 | + | Lomurro Law, 4 Paragon Way, Suite 100, Freehold, NJ 07728-7805 |
| 517877138 | + | MB Financial, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 517924156 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 517877139 | | PNC Bank, 249 Fifth Ave., One PNC Plaza, PIttsburg, PA 15222 |
| 517877135 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |
| 517993571 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 517877136 | + | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517877140 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2021 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2021 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517877110 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2021 21:19:07 | Capital One/bass Pro, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517877113 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 01 2021 21:16:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 |

Case 18-32821-CMG    Doc 89    Filed 10/03/21    Entered 10/04/21 00:14:21    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 137 | Total Noticed: 59 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517877115 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 21:32:23 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517877114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 21:32:19 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517877117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 21:32:16 | Citibank/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517877116 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 21:32:23 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517877119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 21:32:22 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517877118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 21:32:19 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517877121 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2021 21:16:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 517877120 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2021 21:16:00 | Comenity Bank/Torrid, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517877123 | | Email/Text: mrdiscen@discover.com | Oct 01 2021 21:16:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 517887478 | | Email/Text: mrdiscen@discover.com | Oct 01 2021 21:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517877122 | + | Email/Text: mrdiscen@discover.com | Oct 01 2021 21:16:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517877111 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 01 2021 21:19:16 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517877112 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 01 2021 21:19:16 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517877127 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 01 2021 21:16:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517877126 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 01 2021 21:16:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517980680 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2021 21:19:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517993486 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2021 21:16:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517877128 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2021 21:16:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517992434 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:13 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517992457 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:28 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517987898 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:24 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517987894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:23 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 517987935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:13 | Portfolio Recovery Associates, LLC, c/o Sams Club Mastercard, POB 41067, Norfolk VA 23541 |
| 517992570 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 21:19:38 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517974655 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 18-32821-CMG   Doc 89   Filed 10/03/21   Entered 10/04/21 00:14:21   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 137 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| | | Oct 01 2021 21:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517877845 | + Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517877129 | + Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517877130 | + Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:06 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517877131 | + Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:19 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517877132 | + Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:17 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517877134 | + Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:16 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 517877133 | + Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 21:19:16 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517877105 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517877106 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517877107 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517877137 | *+ | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517877141 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518270350 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177, Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |
| 518270349 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

**Name**                    **Email Address**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 137 | Total Noticed: 59 |

| | | |
|---|---|---|
| Albert Russo | | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | | docs@russotrustee.com |
| Denise E. Carlon | | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | | on behalf of Joint Debtor Catherine M. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | | on behalf of Debtor Craig A. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | | on behalf of Creditor Fifth Third Bank nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9