|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>I. MARK COHEN LAW GROUP<br>I. Mark Cohen, Esq.<br>1 Executive Drive, Suite 6<br>Tinton Falls, NJ 07701<br>T: 732-741-9500<br>F: 732-741-0226<br>E: imc@imclawgroup.com<br>Attoreny for Debtors | |
| In Re:<br><br>CRAIG A. SILVERMAN and<br>CATHERINE M. SILVERMAN,<br><br>                      Debtors. | Case No.: 18-32821<br>Chapter: 13<br>Judge: CMG |

Order Filed on November 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: November 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan Goldsmith Cohen, Esq._____, the applicant, is allowed a fee of $ _____7,670.15_____ for services rendered and expenses in the amount of $_____354.62_____ for a total of $_____8,024.77_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_N/A\_\_\_\_ per month for \_\_\_\_N/A\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*