| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Craig A. Silverman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5033<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Catherine M. Silverman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0788<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–32821–CMG | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig A. Silverman                                             Catherine M. Silverman

12/27/21                                                                **By the court:** Christine M. Gravelle
                                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                          **Chapter 13 Discharge**                                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-32821-CMG |
| Craig A. Silverman | Chapter 13 |
| Catherine M. Silverman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig A. Silverman, 4 Beth Page Drive, Monroe, NJ 08831-8835 |
| jdb | #+ | Catherine M. Silverman, 17 Parsons Rd, East Brunswick, NJ 08816-1708 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| r | + | Danielle Coyle, Re/Max Select, 4001 Asbury Avenue, Suite 1L, Tinton Falls, NJ 07753-7794 |
| op | + | Mark Cohen, 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| sp | + | Matthew A. Schiappa, 4 Paragon Way, Suite 100, Freehold, NJ 07728-7805 |
| r | + | Shelley Goldstein, Compass Florida, LLC, 8201 Peters Rd. #1000, Plantation, FL 33324-3266 |
| 517970038 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517962401 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517877124 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517877125 | + | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519313601 | + | Lomurro Law, 4 Paragon Way, Suite 100, Freehold, NJ 07728-7805 |
| 517877138 | + | MB Financial, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 517924156 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 517877139 | | PNC Bank, 249 Fifth Ave., One PNC Plaza, PIttsburg, PA 15222 |
| 517993571 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517877104 | | EDI: BANKAMER.COM | Dec 28 2021 02:58:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517877106 | | EDI: BANKAMER.COM | Dec 28 2021 02:58:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517877108 | + | EDI: TSYS2 | Dec 28 2021 02:58:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517877109 | + | EDI: TSYS2 | Dec 28 2021 02:58:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517962401 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2021 22:06:42 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 18-32821-CMG    Doc 101    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 60 |

| | | | |
|---|---|---|---|
| | | | Box 3001, Malvern PA 19355-0701 |
| 517877110 | + EDI: CAPITALONE.COM | Dec 28 2021 02:58:00 | Capital One/bass Pro, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517977541 | + Email/Text: RASEBN@raslg.com | Dec 27 2021 21:56:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517877113 | + Email/Text: bankruptcy.notifications@fisglobal.com | Dec 27 2021 21:57:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517877115 | + EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517877114 | + EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517877117 | + EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citibank/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517877116 | + EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517877119 | + EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517877118 | + EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517877121 | + EDI: WFNNB.COM | Dec 28 2021 02:58:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 517877120 | + EDI: WFNNB.COM | Dec 28 2021 02:58:00 | Comenity Bank/Torrid, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517877123 | EDI: DISCOVER.COM | Dec 28 2021 02:58:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 517887478 | EDI: DISCOVER.COM | Dec 28 2021 02:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517877122 | + EDI: DISCOVER.COM | Dec 28 2021 02:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517877111 | EDI: JPMORGANCHASE | Dec 28 2021 02:58:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517877112 | EDI: JPMORGANCHASE | Dec 28 2021 02:58:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517877127 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2021 21:56:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517877126 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2021 21:56:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517980680 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517993486 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2021 21:56:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517877128 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2021 21:56:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517992434 | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517992457 | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517987898 | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |

Case 18-32821-CMG    Doc 101    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517987894 | | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 517987935 | | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Sams Club Mastercard, POB 41067, Norfolk VA 23541 |
| 517992570 | | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517974655 | | EDI: Q3G.COM | Dec 28 2021 02:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517877845 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517877129 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517877130 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517877131 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517877132 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517877134 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 517877133 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517877135 | | Email/Text: DASPUBREC@transunion.com | Dec 27 2021 21:56:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 517877136 | + | EDI: WFFC.COM | Dec 28 2021 02:58:00 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517877140 | + | EDI: WFFC.COM | Dec 28 2021 02:58:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517877105 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517877107 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517877137 | *+ | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517877141 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518270350 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177, Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |
| 518270349 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Catherine M. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Craig A. Silverman imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9